UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
NOV 05 2026
US DISTRICT COURT
WESTERN DISTRICT OF NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:26-cr-240-SCR |
| | ) | **BILL OF INFORMATION** |
| v. | ) | |
| | ) | Violation: |
| DUANE ISAAC AUSTIN, JR. | ) | 18 U.S.C. § 371 |

**THE UNITED STATES ATTORNEY CHARGES:**

At the specified times and at all relevant times:

## INTRODUCTION

1. Beginning no later than July 2024 and continuing through in or about November 2024, Defendant DUANE ISAAC AUSTIN, JR., and others known and unknown to the United States Attorney, engaged in a conspiracy in the Western District of North Carolina and elsewhere involving stolen checks and money orders. During the conspiracy, AUSTIN and his co-conspirators deposited forged and counterfeited checks and money orders derived from checks and money orders stolen from the United States mail into bank accounts and withdrew the funds before the financial institutions discovered the checks and money orders were stolen. Also, as part of the conspiracy, AUSTIN and his co-conspirators sold stolen checks through various means including, but not limited to, Facebook Messenger. During the conspiracy, the face value of the stolen checks and money orders possessed by AUSTIN and his co-conspirators and posted for sale to third parties exceeded $1,400,000.

## BACKGROUND

2. AUSTIN was a resident of Charlotte, North Carolina.

3. Facebook Messenger was an instant messaging service and software application developed by Meta Platforms, Inc. Facebook Messenger allowed users to send messages and exchange photos. The platform also allowed for voice and video calling.

4. State Employees Credit Union ("SECU") and Navy Federal Credit Union ("NFCU") were financial institutions, the deposits of which were insured by the National Credit Union Share Insurance Fund.

## THE CONSPIRACY

5. AUSTIN conspired with others, known and unknown to the United States Attorney, to operate a fraud scheme to obtain money under the custody and control of various financial institutions through false and fraudulent pretenses and representations. Also, as part of the conspiracy, AUSTIN and his co-conspirators conspired to receive and possess undelivered mail, letters, and other items that, as they knew, had been stolen from the United States mail.

6. As part of the conspiracy, AUSTIN and his co-conspirators generally operated as follows:

a. AUSTIN and his co-conspirators obtained stolen checks and money orders from the custody of the U.S. Postal Service.

b. After obtaining the stolen checks and money orders, AUSTIN and his co-conspirators did one or more of the following:

i. AUSTIN and his co-conspirators deposited forged and counterfeited checks into third-party bank accounts. Then, AUSTIN and his co-conspirators withdrew or transferred the funds before the financial institutions discovered the checks and money orders were stolen.

ii. AUSTIN deposited forged and counterfeited money orders into a bank account under his custody and control.

iii. AUSTIN and his co-conspirators sold the stolen checks to third parties through various means including, but not limited to, Facebook Messenger.

c. AUSTIN and his co-conspirators would and did send and receive text messages, Facebook Messenger messages, and messages over other cellular telephone applications concerning the purchase and sale of stolen checks.

## COUNT ONE
## (Conspiracy to Commit Offense Against United States – 18 U.S.C. § 371)

7. The United States Attorney realleges and incorporates by reference herein all of the allegations contained in paragraphs 1 through 6 of the Bill of Information, and further alleges that:

8. Beginning no later than July 2024 and continuing through in or about November 2024, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**DUANE ISAAC AUSTIN, JR.,**

and others known and unknown to the United States Attorney, did knowingly and intentionally combine, conspire, confederate and agree to commit offenses against the United States, to wit, financial institution fraud, in violation of Title 18, United States Code, Section 1344(2), and receipt and unlawful possession of stolen mail matter in violation of Title 18, United States Code, Section 1708.

### Objects of the Conspiracy

9. *Financial Institution Fraud*: It was a part and an object of the conspiracy that AUSTIN, and others known and unknown to the United States Attorney, devised and executed a scheme to obtain moneys owned by, and in the custody or control of one or more financial

institutions, whose deposits were insured by the National Credit Union Share Insurance Fund, by means of materially false and fraudulent representations and promises, and concealment of material facts, in violation of Title 18, United States Code, Section 1344(2).

10. *Receipt and Unlawful Possession of Stolen Mail Matter*: It was a part and an object of the conspiracy that AUSTIN, and others known and unknown to the United States Attorney, would and did receive and unlawfully possess letters, postal cards, packages, bags, mail, and/or other articles that had been stolen from the United States mail, knowing the same to have been stolen, in violation of Title 18, United States Code, Section 1708.

**Purpose**

11. The purpose of the conspiracy was to obtain, sell, and deposit checks and money orders stolen from the United States mail.

**Manner and Means**

12. AUSTIN, and others known and unknown to the United States Attorney, carried out the conspiracy in the manner and means described in paragraphs 5 and 6 of this Bill of Information, among others.

**Overt Acts**

13. In furtherance of the conspiracy and to effect the object and purpose thereof, AUSTIN, and others known and unknown to the United States Attorney, committed one or more of the following overt acts within the Western District of North Carolina, and elsewhere:

a. On or about October 4, 2024, AUSTIN deposited two forged and counterfeited money orders into his SECU Account x5197 at a SECU ATM in Huntersville, North Carolina.

b. On or about October 29, 2024, AUSTIN and Co-Conspirator 1 negotiated the sale of a stolen check in the approximate amount of $20,000 for approximately $650 via Facebook Messenger.

c. On or about October 29, 2024, AUSTIN deposited via mobile deposit a stolen check in the approximate amount of $9,270 into Co-Conspirator 2's NFCU Account x2436.

d. On or about November 19, 2024, AUSTIN unlawfully possessed at a Charlotte, North Carolina residence approximately 390 stolen checks and money orders stolen from the United States mail with a total face value of over $790,000.

All in violation of Title 18, United States Code, Section 371.

**NOTICE OF FORFEITURE**

Notice is hereby given of 18 U.S.C. § 982 and 28 U.S.C. § 2461(c). Under Section 2461(c),

criminal forfeiture is applicable to any offenses for which forfeiture is authorized by any other statute, including but not limited to 18 U.S.C. § 981 and all specified unlawful activities listed or referenced in 18 U.S.C. § 1956(c)(7), which are incorporated as to proceeds by Section 981(a)(1)(C). The following property is subject to forfeiture in accordance with Section 982 and/or 2461(c):

a. All property which constitutes or is derived from proceeds of Count One set forth in this Bill of Information;

b. If, as set forth in 21 U.S.C. § 853(p), any property described in (a) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant's to the extent of the value of the property described in (a).

RUSS FERGUSON
UNITED STATES ATTORNEY

ERIC A. FRICK
SPECIAL ASSISTANT UNITED STATES ATTORNEY